UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>G.L.O.M. GLOBAL, INC., et al.,<br>Defendants. | Case No. 26-cv-07537-LJC<br><br>**CASE MANAGEMENT SCHEDULING ORDER AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Deadline to join parties and amend pleadings:[1] | December 18, 2026 |
| Joint case management statement: | June 3, 2027 |
| Further case management conference: | June 10, 2027 |
| Fact discovery cut-off: | June 30, 2027 |
| Opening expert reports and disclosures: | July 30, 2027 |
| Rebuttal expert reports and disclosures: | August 20, 2027 |
| Expert discovery cut-off: | August 27, 2027 |
| Last day to file dispositive motion and *Daubert* motions: | September 3, 2027 |
| Oppositions and Cross-Motion: | September 17, 2027 |
| Reply ISO Motions and Opposition to Cross-Motion: | September 24, 2027 |
| Reply in Support of Cross-Motion: | October 1, 2027 |

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

| | |
|---|---|
| Last day to hear dispositive motions and *Daubert* motions: | November 9, 2027 |
| Pretrial conference:[2] | March 10, 2028, 1:30 PM |
| Jury trial: | April 10–14, 2028 (5 days) |

This case is referred to a randomly assigned magistrate judge for settlement.

**IT IS SO ORDERED.**

Dated: October 23, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.